UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-34329 |
| | § | |
| SHANDA LLP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $18.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,394,443.18 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $360,742.75 | | |

3)      Total gross receipts of $1,755,185.93 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,755,185.93 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $44,428.31 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $360,742.75 | $360,742.75 | $360,742.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,121,809.00 | $1,552,970.00 | $1,552,970.00 | $1,394,443.18 |
| **Total Disbursements** | $1,121,809.00 | $1,969,760.47 | $1,925,332.16 | $1,755,185.93 |

4). This case was originally filed under chapter 7 on 08/28/2020. The case was pending for 7 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2021     By:  /s/ Ronald J. Sommers
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1000 Merritt Rd.Elk City, OK 73644 | 1110-000 | $175,000.00 |
| 840 Aldine Bender Rd.Houston, TX 77032 | 1110-000 | $1,578,500.00 |
| Veritex Community Bank | 1270-000 | $1,685.93 |
| **TOTAL GROSS RECEIPTS** | | $1,755,185.93 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 4110-000 | $0.00 | $17,866.67 | $0.00 | $0.00 |
| 2 | Aldine Independent School District | 4110-000 | $0.00 | $26,561.64 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $44,428.31 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $75,855.00 | $75,855.00 | $75,855.00 |
| Valley Solvents & Chemicals | 2420-000 | NA | $4,145.98 | $4,145.98 | $4,145.98 |
| | 2500-000 | NA | $10,393.66 | $10,393.66 | $10,393.66 |
| Veritex Community Bank | 2600-000 | NA | $2,048.85 | $2,048.85 | $2,048.85 |
| | 2820-000 | NA | $20,566.15 | $20,566.15 | $20,566.15 |
| Tranzon Asset Advisors | 2990-000 | NA | $11,619.41 | $11,619.41 | $11,619.41 |
| Valley Solvents & Chemicals | 2990-000 | NA | $21,079.97 | $21,079.97 | $21,079.97 |
| Attorney for Trustee | 3110-000 | NA | $46,977.50 | $46,977.50 | $46,977.50 |
| Attorney for Trustee | 3120-000 | NA | $305.55 | $305.55 | $305.55 |
| Accountant for Trustee | 3410-000 | NA | $4,718.00 | $4,718.00 | $4,718.00 |
| Accountant for | 3420-000 | NA | $32.68 | $32.68 | $32.68 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Western Oklahoma Realty, LLC (#39 10/14/20), Realtor for Trustee | 3510-000 | NA | $10,500.00 | $10,500.00 | $10,500.00 |
| Tranzon Asset Advisors, Auctioneer for Trustee | 3610-000 | NA | $152,500.00 | $152,500.00 | $152,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $360,742.75 | $360,742.75 | $360,742.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pension Benefit Guaranty Corporation | 7100-000 | $0.00 | $401,161.00 | $401,161.00 | $360,210.57 |
| 4 | Pension Benefit Guaranty Corporation | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $26,937.61 |
| 5 | Pension Benefit Guaranty Corporation | 7100-000 | $1,121,809.00 | $1,121,809.00 | $1,121,809.00 | $1,007,295.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,121,809.00 | $1,552,970.00 | $1,552,970.00 | $1,394,443.18 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 20-34329-H4-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | SHANDA, LLP | Date Filed (f) or Converted (c): | 08/28/2020 (f) |
| For the Period Ending: | 3/31/2021 | §341(a) Meeting Date: | 10/07/2020 |
| | | Claims Bar Date: | 12/14/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Amegy Checking Acct #1445 | $18.00 | $0.00 | | $0.00 | FA |
| 2 | 840 Aldine Bender Rd. Houston, TX 77032 | $1,158,703.00 | $1,578,500.00 | | $1,578,500.00 | FA |
| 3 | 1000 Merritt Rd. Elk City, OK 73644 | $140,000.00 | $175,000.00 | | $175,000.00 | $0.00 |

**TOTALS (Excluding unknown value)**

$1,298,721.00    $1,753,500.00    $1,753,500.00

**Gross Value of Remaining Assets**    $0.00

**Major Activities affecting case closing:**
03/31/2021    TDR SUBMITTED

| Initial Projected Date Of Final Report (TFR): | 07/31/2022 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ RONALD J. SOMMERS |
| | | | | RONALD J. SOMMERS |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-34329-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SHANDA, LLP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5318 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 8/28/2020 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/31/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $124.85 | ($124.85) |
| 12/11/2020 | | First Republic Title Company | #51 11/04/20<br>Sale of OK Property<br>(wired 11/16/20) | * | $159,898.90 | | $159,774.05 |
| | {3} | | $175,000.00 | 1110-000 | | | $159,774.05 |
| | | | Western Oklahoma Realty, LLC (#39 10/14/20) $(10,500.00) | 3510-000 | | | $159,774.05 |
| | | | $(2,381.64) | 2820-000 | | | $159,774.05 |
| | | | $(2,219.46) | 2500-000 | | | $159,774.05 |
| 12/11/2020 | | Valley Solvents & Chemicals | Inv. #67132<br>Chemical Removal after auction | 2990-000 | | $21,079.97 | $138,694.08 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $238.07 | $138,456.01 |
| 01/12/2021 | | Alamo Title Company | #54 12/22/20<br>Proceeds from Sale of Aldine Bender Rd. Property | * | $1,552,141.29 | | $1,690,597.30 |
| | {2} | | $1,578,500.00 | 1110-000 | | | $1,690,597.30 |
| | | | $(8,174.20) | 2500-000 | | | $1,690,597.30 |
| | | | $(18,184.51) | 2820-000 | | | $1,690,597.30 |
| 01/12/2021 | | Tranzon Asset Advisors | #27 09/24/20<br>Auctioneer Fees<br>(wired out) | 3610-000 | | $152,500.00 | $1,538,097.30 |
| 01/19/2021 | | Valley Solvents & Chemicals | Inv. #66027<br>Oily Debris and Soils Cleanup | 2420-000 | | $4,145.98 | $1,533,951.32 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,685.93 | $1,532,265.39 |
| 02/22/2021 | 1000 | Ronald J. Sommers | #02/22/21<br>Trustee Fees | 2100-000 | | $75,855.00 | $1,456,410.39 |
| 02/22/2021 | 1001 | Nathan Sommers Jacobs, P.C. | #76 02/22/21<br>Attorney Fees & Expenses | * | | $47,283.05 | $1,409,127.34 |
| | | | $(46,977.50) | 3110-000 | | | $1,409,127.34 |
| | | | $(305.55) | 3120-000 | | | $1,409,127.34 |

| | | | | SUBTOTALS | $1,712,040.19 | $302,912.85 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-34329-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SHANDA, LLP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5318 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 8/28/2020 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/31/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2021 | 1002 | Munshi CPA, P.C. | #74 02/18/21 Accountant Fees & Expenses | * | | $4,750.68 | $1,404,376.66 |
| | | | $(4,718.00) | 3410-000 | | | $1,404,376.66 |
| | | | $(32.68) | 3420-000 | | | $1,404,376.66 |
| 03/04/2021 | | Veritex Community Bank | Reversal of January Service Charge | 1270-000 | $1,685.93 | | $1,406,062.59 |
| 03/04/2021 | | Pension Benefit Guaranty Corp. | # Final Distribution (wired out on 02/23/21) | * | | $1,394,443.18 | $11,619.41 |
| | | | $(360,210.57) | 7100-000 | | | $11,619.41 |
| | | | $(26,937.61) | 7100-000 | | | $11,619.41 |
| | | | $(1,007,295.00) | 7100-000 | | | $11,619.41 |
| 03/31/2021 | | Tranzon Asset Advisors | 85 03/30/21 Reimbursed expenses from sale of property | 2990-000 | | $11,619.41 | $0.00 |
| | | | **TOTALS:** | | $1,713,726.12 | $1,713,726.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,713,726.12 | $1,713,726.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,713,726.12 | $1,713,726.12 | |

| For the period of 8/28/2020 to 3/31/2021 | | For the entire history of the account between 11/13/2020 to 3/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,755,185.93 | Total Compensable Receipts: | $1,755,185.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,755,185.93 | Total Comp/Non Comp Receipts: | $1,755,185.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,755,185.93 | Total Compensable Disbursements: | $1,755,185.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,755,185.93 | Total Comp/Non Comp Disbursements: | $1,755,185.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3      Exhibit 9

| Case No. | 20-34329-H4-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | SHANDA, LLP | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5318 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 8/28/2020 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/31/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,713,726.12 | $1,713,726.12 | $0.00 |

**For the period of 8/28/2020 to 3/31/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,755,185.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,755,185.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,755,185.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,755,185.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/28/2020 to 3/31/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,755,185.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,755,185.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,755,185.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,755,185.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS
RONALD J. SOMMERS